DENNIS K. BURKE
United States Attorney
District of Arizona
KIMBERLY E. HOPKINS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
kimberly.hopkins@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED ___
RECEIVED ___ COPY ___
GJ   JAN 20 2010   GJ
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　vs.<br>Jonathan Garcia,<br>　　　　Defendant. | VICTIM CASE<br>INDICTMENT<br>CR10-0142 TUC FRZ/GEE<br>Violation: 18 USC §111(a)(1)<br>　　　　　　18 USC §111(b)<br>(Assault on a Federal Officer) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 29, 2009, at or near Tucson, in the District of Arizona, the defendant, **Jonathan Garcia,** did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Pascua Yaqui Tribal Police Officer Guillermo Castro, an officer of the United States or any agency thereof, while said officer was engaged in or on account of the performance of his official duties, by spitting in Officer Castro's face, such act constituting more than simple assault, in violation of Title 18, United States Code, Section 111(a)(1).

\ \ \

\ \ \

## COUNT 2

On or about June 29, 2009, at or near Tucson, in the District of Arizona, the defendant, **Jonathan Garcia**, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Pascua Yaqui Tribal Police Officer Guillermo Castro, an officer of the United States or any agency thereof, while said officer was engaged in or on account of the performance of his official duties, through the use of a deadly or dangerous instrument, that is, a glass wine bottle; in violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL

Presiding Juror

DENNIS K. BURKE
United States Attorney
District of Arizona

Assistant U.S. Attorney

REDACTED FOR PUBLIC DISCLOSURE   JAN 2 0 2010